Christopher C. Voigt (MT Bar #5911)
CROWLEY FLECK PLLP
500 Transwestern Plaza II
P. O. Box 2529
Billings, Montana 59103-2529
406-252-3441
cvoigt@crowleyfleck.com

Deani B. Milano (Participating *Pro Hac Vice*)
NIELSEN & TREAS, LLC
3838 N Causeway Boulevard
Suite 2850
Metairie, Louisiana 70002
504-837-2500
dmilano@nt-lawfirm.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **RED LODGE INN MANAGEMENT COMPANY, THE RED LODGE INN MONTANA, LLC** | Cause No.: 1:23-cv-00080-SPW-TJC |
| | Judge: Hon. Susan P. Watters |
| **Plaintiff,** | |
| vs. | **JOINT NOTICE OF STIPULALTION OF DISMISSAL WITH PREJUDICE** |
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** | |
| **Defendant.** | |

COMES NOW Plaintiffs, Red Lodge Inn Management Company, and The Red Lodge Inn, and Defendant, Philadelphia Indemnity Insurance Company, by and through their respective undersigned counsel, and hereby stipulate and agree that this matter has been amicably resolved, and that the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 10th day of April, 2024.

/s/ Deani B. Milano
Deani B. Milano (Participating *Pro Hac Vice*)
(LA BAR #24358)
NIELSEN & TREAS, LLC
3838 N Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
dmilano@nt-lawfirm.com

And

Christopher C. Voigt (MT Bar #5911)
CROWLEY FLECK PLLP
P. O. Box 2529
Billings, Montana  59103-2529
*Attorneys for Defendant*

And

/s/ Cory R. Gangle
Cory R. Gangle, Esq.
Gangle Law Firm, PC
Lambros Building
3011 American Way
Missoula, Montana 59808
Office: (406) 273-4304
Fax: (406) 493-0006
Email: cgangle@ganglelaw.net
*Attorney for Plaintiffs*