# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| RED LODGE INN MANAGEMENT COMPANY, THE RED LODGE INN MONTANA, LLC, | CV 23-80-BLG-SPW-TJC |
| Plaintiff, | ORDER |
| vs. | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | |
| Defendant. | |

Upon the Joint Notice of Stipulation of Dismissal with Prejudice (Doc. 35) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 10th day of April, 2024.

_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1